## *Julian L. Alfonso*

ATTORNEY AND COUNSELOR AT LAW
MEMBER OF N.Y. CONN. AND FEDERAL BARS
175-61 HILLSIDE AVENUE, SUITE #307
JAMAICA, NEW YORK 11432

Tel: (718) 479-0100                                                                                   Fax: (718) 468 0479

E-mail: jalfonsolaw@gmail.com

October 1, 2018

**VIA ECF:**
Hon. Nancy Hershey Lord
United States Bankruptcy Judge
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

        **Re:**    Chapter 7, Case No.: 17-41536-nhl
                     **Status Report on Loss Mitigation**

Dear Judge Lord:

     On September 24th 2018, we received by Email an approval for a trial modification from the creditor/Bank Seterus attorneys, "Robertson, Anschutz & Schneid, PL.

     On September 25th 2018, we immediately forward the above trial modification email to the debtor for her review.

     The bank approved a trial modification to commence on October 1st 2018, in the sum of $2,021.75, with two (2) additional payments due on November 1st 2018 and December 1st 2018.

However, on reviewing the bank's recent letter, I note for the record that they are giving the debtor the time to get the payments in to them. Letter states, first payment to be received no later than October 31st 2018, along with the remaining two (2) payments to be received the last day of the subsequent months, despite the 1st of the month dates.

I believe the above dates will be acceptable to the debtor, despite her requests to begin the payments on October 15, 2018 instead.

Thank you.

Respectfully yours,

JULIAN L. ALFONSO, ESQ.
ATTORNEY FOR DEBTOR