| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------X | | Presentment Date: February 24, 2020 |
| IN RE:<br><br>Kathleen Daniel Kernizan,<br>*aka Kathleen Daniel*<br>*aka Kathleen D Kernizan*<br>*aka Kathleen Kernizan*<br><br>                               Debtor.<br>-------------------------------------------------------------------X | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.: 17-41536-nhl<br><br>CHAPTER: 7<br><br>HON. JUDGE.:<br>NANCY HERSEY LORD |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** that the annexed proposed order will be presented for settlement to the Honorable Judge Nancy Hersey Lord at the United States Bankruptcy Court, Eastern District of New York, located at 271-C Cadman Plaza East, Brooklyn, NY 11201 on February 24, 2020  Any counter proposal or objection to the Order must be filed with the Court and served upon Friedman Vartolo, LLP, two days prior to the Settlement Date.

Dated:  February 6, 2020
          Garden City, New York

                                                      By: /s/ Richard Postiglione, Esq
                                                      Richard Postiglione, Esq.
                                                      FRIEDMAN VARTOLO LLP
                                                      Attorneys for Movant
                                                      1325 Franklin Avenue, Suite 230
                                                      Garden City, New York 11530
                                                      T: (212) 471-5100
                                                      F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
    IN RE: : CASE NO.: 17-41536-nhl
:
: CHAPTER: 7
Kathleen Daniel Kernizan :
*aka Kathleen Daniel* : HON. JUDGE.:
*aka Kathleen D Kernizan* : Nancy Hershey Lord
*aka Kathleen Kernizan*, :
:
:
:
                 Debtor. :
:
-------------------------------------------------------------------X

## ORDER GRANTING RELIEF FROM
## THE AUTOMATIC STAY

**UPON** consideration of the Application of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust ("Movant") dated October 15, 2019, and it appearing that neither the Debtors nor the Chapter 7 Trustee nor the U.S. Trustee have opposition to the motion bought by Movant, for relief from the automatic stay, and with good cause appearing therefore, it is

**ORDERED** that the automatic stay, heretofore in effect pursuant to 11 U.S.C. 362(a), is hereby vacated for cause pursuant to 11 U.S.C. 362(d)(1) and (d)(2) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may pursue its state law remedies with respect to the premises known as 1578 East 51st Street, Brooklyn, NY 11234 without further application to this Court, and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report and turn over to the Chapter 7 Trustee any surplus monies realized by any sale of the Property.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    IN RE:                                                        :   CASE NO.: 17-41536-nhl

Kathleen Daniel Kernizan,               :   CHAPTER: 7
*aka Kathleen Daniel*
*aka Kathleen D Kernizan*               :   HON. JUDGE.:
*aka Kathleen Kernizan*                 :   NANCY HERSEY LORD

                  Debtor.

------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On February 6, 2020, I served a true copy of the annexed **NOTICE OF SETTLEMENT AND PROPOSED ORDER** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

Dated: February 6, 2020
       Garden City, New York

                                      By: /s/ Richard Postiglione
                                      Richard Postiglione, Esq.
                                      FRIEDMAN VARTOLO LLP
                                      Attorneys for Movant
                                      1325 Franklin Avenue, Suite 230
                                      Garden City, New York 11530
                                      T: (212) 471-5100
                                      F: (212) 471-5150

**SERVICE LIST**

TO:
Kathleen Daniel Kernizan
521 Ralph Avenue
#321
BROOKLYN, NY 11234
*Debtor*

Max Kernizan
1578 East 51st Street
Brooklyn, NY 11234
*Co- Borrower*

Julian L Alfonso
Law Office of Julian L Alfonso
175-61 Hillside Avenue
Suite #307
Jamaica, NY 11432
*Debtors' Attorney*

Lori Lapin Jones
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 201 North
Great Neck, NY 11021
*Trustee*

Holly R. Holecek
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
*U.S. Trustee*

Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, New York 11803

RAS Boriskin, LLC
900 Merchants Concourse, Suite 310
Westbury, NY 11590